USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1011 LORRAINE L. SMITH, Plaintiff, Appellant, v. COMMONWEALTH OF MASSACHUSETTS, MASSACHUSETTS REHABILITATION COMMISSION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr, and Boudin, Circuit Judges. ______________ ____________________ Lorraine L. Smith on brief pro se. _________________ Scott Harshbarger, Attorney General, and Dorothy Anderson, __________________ __________________ Assistant Attorney General, on brief for appellee. ____________________ August 23, 1996 ____________________ Per Curiam. Plaintiff Lorraine L. Smith appeals __________ pro se from a summary judgment in favor of her employer, the ___ __ Massachusetts Rehabilitation Commission. Smith alleged discrimination on the basis of gender in the denial of her application for a promotion to one or both of two newly- created supervisory positions.  Reviewing the dismissal de novo, and after careful __ ____ consideration of the parties' arguments on appeal, we agree with the district court's analysis and affirm substantially for the reasons set forth in its thorough memorandum opinion. The judgment is affirmed. See Loc. R. 27.1. ________ ___ Appellant's motion for reconsideration of the order denying her motion to "admit new evidence on appeal" is denied. ______ -2-